**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **GRAHAM SPRINGS LLC,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**ZAZZLE INC., ET AL.,**<br><br>　　　　**Defendant.** | **CIVIL ACTION NO. 2:15-cv-775
(LEAD CASE)**<br><br>**CIVIL ACTION NO. 2:15-cv-791
(CONSOLIDATED CASE)**<br><br>**JURY TRIAL DEMANDED** |

**MOTION TO DISMISS PICABOO CORPORATION**

　　Plaintiff Graham Springs LLC, pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves for an order dismissing all claims against Defendant Picaboo Corporation in this action without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Dated: September 17, 2015　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Austin Hansley*
　　　　　　　　　　　　　　　　　　　　　　**AUSTIN HANSLEY P.L.L.C.**
　　　　　　　　　　　　　　　　　　　　　　Austin Hansley
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No.: 24073081
　　　　　　　　　　　　　　　　　　　　　　5050 Quorum Dr. Suite 700
　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75254
　　　　　　　　　　　　　　　　　　　　　　Telephone:　(469) 587-9776
　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(855) 347-6329
　　　　　　　　　　　　　　　　　　　　　　Email: Austin@TheTexasLawOffice.com
　　　　　　　　　　　　　　　　　　　　　　www.TheTexasLawOffice.com
　　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF
　　　　　　　　　　　　　　　　　　　　　　GRAHAM SPRINGS LLC**

**CERTIFICATE OF SERVICE**

　　The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on September 17, 2015.

*/s/ Austin Hansley*
Austin Hansley